■ FREDDY JACOME, Respondent, v 55 WEST 42ND STREET ASSOCIATES et al., Respondents, CONCEPT AIR CONDITIONING & REFRIGERATION, INC., Appellant-Respondent, and HOME BOX OFFICE, INC., Respondent-Appellant. [746 NYS2d 601]

There are issues of fact requiring the denial of summary judgment. Feuerstein, J.P., Goldstein, McGinity and Crane, JJ., concur.